**Order entered May 4, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00343-CV

### IN THE INTEREST OF N.T., A CHILD

**On Appeal from the 256th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-04-10316-Z**

## ORDER

We **GRANT** court reporter Glenda E. Finkley's May 3, 2015 extension request to the extent we **ORDER** the reporter's record be filed no later than May 14, 2015. *See* TEX. R. APP. P. 35.3(c). Because the record was first due March 16, 2015, no further extensions will be granted absent exigent circumstances. *See id.* 28.4(b)(2). *If necessary, the trial court must arrange for a substitute reporter. See id. 28.4(b)(1).*

We **DIRECT** the Clerk of the Court to send a copy of this order to the Honorable David Lopez, Presiding Judge of the 256th Judicial District Court; Ms. Finkley; and the parties.

/s/     DOUGLAS S. LANG
        PRESIDING JUSTICE